No. 09-8725. Marvin Cotton, Petitioner v. Jeffrey Woods, Warden.

559 U.S. 1039, 130 S. Ct. 2064, 176 L. Ed. 2d 418, 2010 U.S. LEXIS 2782.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 09-8739. Peter James Atherton, Petitioner v. District of Columbia Office of the Mayor, et al.

559 U.S. 1039, 130 S. Ct. 2064, 176 L. Ed. 2d 418, 2010 U.S. LEXIS 2776, ■

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 386 U.S. App. D.C. 144, 567 F.3d 672.

No. 09-8746. Kesiena Tani, Petitioner v. The Washington Post, et al.

559 U.S. 1039, 130 S. Ct. 2065, 176 L. Ed. 2d 418, 2010 U.S. LEXIS 2780.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 352 Fed. Appx. 792.

No. 09-8747. Patrick Michael O'Brien, Petitioner v. Texas.

559 U.S. 1039, 130 S. Ct. 2065, 176 L. Ed. 2d 418, 2010 U.S. LEXIS 2904.

March 29, 2010. Petition for writ of certiorari to the Court of Appeals of Texas, Eleventh District, denied.

No. 09-8760. Frankie Lee Hogg, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

559 U.S. 1039, 130 S. Ct. 2065, 176 L. Ed. 2d 418, 2010 U.S. LEXIS 2917.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 09-8771. Matthew Joseph Collazo, Petitioner v. Texas.

559 U.S. 1039, 130 S. Ct. 2066, 176 L. Ed. 2d 418, 2010 U.S. LEXIS 2846, ■

March 29, 2010. Petition for writ of certiorari to the Court of Appeals of Texas, Fourteenth District, denied.

No. 09-8772. Nina Ringgold and Justin Ringgold-Lockhart, Petitioners v. Myer Sankary, et al.

559 U.S. 1039, 130 S. Ct. 2066, 176 L. Ed. 2d 418, 2010 U.S. LEXIS 2837.

March 29, 2010. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.